IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.<br><br>                Plaintiffs,<br><br>   v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior, et al.,<br><br>                Defendants. | Case No. CV-F-00-6191 AWI DLB<br><br>ORDER APPROVING<br>JOINT STIPULATION and<br>MODIFYING INJUNCTION |

      This matter is before the Court on the parties' joint stipulation and request to modify one element of the injunction contained in the Court's July 6, 2004 Order. That Order, in relevant part, enjoins the defendants "from implementing projects and activities relating to Yosemite Lodge development,..." July 6 Order at 40.

      In their joint stipulation, the plaintiffs and defendants informed the Court that they have reached agreement with respect to modifying the injunction for one limited action addressed in the Yosemite Lodge Area Redevelopment Project. The Yosemite Lodge Area Redevelopment Project includes Camp 4, which contains an electrical substation decommissioned in the mid-1990s. Yosemite Lodge Area Redevelopment Environmental Assessment (Lodge EA) at p. II-19. The Lodge EA notes that the Park has proposed to remove the electrical substation. Although the substation is part of the Yosemite Lodge Area Redevelopment Project and,

ORDER APPROVING JOINT STIPULATION
AND MODIFYING INJUNCTION          1          CASE NO. CV-F-00-6191-AWI/DLB

therefore, covered by the injunction in the July 6 Order, the defendants would like to remove this abandoned structure from the Merced River area at this time and restore the area to natural conditions. The defendants have consulted with the plaintiffs regarding the removal of the electrical transformer prior to the completion of the Revised Merced Wild and Scenic River Comprehensive Management Plan/EIS, which currently is underway. The plaintiffs have advised the defendants that they do not object to this one limited action, with the understanding that removing the substation in no way constitutes the plaintiffs' consent to any other aspect of the Yosemite Lodge EA or Redevelopment Project. Each party entered into this stipulation without prejudice to its ability to reserve the right to maintain the validity of its position regarding all factual and legal issues remaining before the Court or in any other potential future legal action.

The Court has reviewed the parties' stipulated agreement for these projects, along with the terms and conditions adopted as part of that agreement and finds good cause to approve the stipulation and modify the injunctive relief in the July 6, 2004 Order with regard to the removal of the electrical substation near Camp 4 in the Yosemite Lodge area.

IT IS HEREBY ORDERED THAT the injunction entered by the Court on July 6, 2004, is MODIFIED in part;

IT IS FURTHER ORDERED THAT the defendants, Gale Norton, Secretary of the Interior, et al., with respect to the Camp 4 portion of the Yosemite Lodge Redevelopment Area, the parties hereby stipulate and agree that the NPS is authorized to remove the substation, clean the surrounding soil of any contamination that may have resulted from the presence of the electrical substation, and restore the area to match the topography and ground cover vegetation of the area.

Except as expressly modified herein, the Court's July 6, 2004 Order remains in effect.

PRESENTED BY:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322

1 | Telephone: (916) 930-2203
Facsimile: (916) 930-2210
2 | Email: charles.shockey@usdoj.gov

3 | IT IS SO ORDERED.

4 | **Dated:   April 22, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE