JULIA A. OLSON, ESQ.
    CSB #192642
Wild Earth Advocates
2985 Adams Street
Eugene, OR 97405
Telephone:    (541) 344-7066
Facsimile:    (541) 344-7061

SHARON E. DUGGAN, ESQ.
    CSB # 105108
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:    (510) 271-0825
Facsimile:    (510) 271-0829
Attorneys for Plaintiffs

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:    charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>GALE NORTON, in her official capacity as Secretary of the Interior, et al.,<br><br>    Defendants. | Case No. CV-F-00-6191 AWI DLB<br><br>JOINT STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO VACATE INJUNCTION; ORDER<br><br>DATE:    October 24, 2005<br>TIME:    1:30 p.m.<br>COURT:    Courtroom 3<br>JUDGE:    Hon. Anthony W. Ishii |

Plaintiffs Friends of Yosemite Valley, *et al.,* and Defendants Gale Norton, Secretary of the Interior, *et al.*, (collectively "the parties") respectfully request that this Court approve this joint stipulation and enter the attached order to extend time for briefing and to set a new hearing date on Defendants' Motion to Vacate the Injunction. This proposed schedule for briefing and a

hearing is necessary in order to allow adequate time for Plaintiffs' response and Defendants' reply and to accommodate conflicts in counsel's calendars related to the hearing date.

The parties hereby stipulate that:

1. Plaintiffs will file any opposition to Defendants' Motion to Vacate the Injunction by October 5, 2005;

2. Defendants will file any reply to Plaintiffs opposition by October 17, 2005 and

3. Oral argument will be heard on October 24, 2005.

For these reasons, the parties request that the Court approve the parties' stipulation.

Respectfully submitted this 12th day of September, 2005.

/s/ Julia A. Olson
JULIA A. OLSON
CSB #192642
Wild Earth Advocates
1646 E. 19th Ave., Suite A
Eugene, OR 97403
Telephone:    (541) 344-7066
Facsimile:    (541) 344-7061

Attorney for Plaintiffs

/s/ Charles R. Shockey            *
CHARLES R. SHOCKEY, Attorney
D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:        charles.shockey@usdoj.gov

Attorney for Defendants

\*    Signed by telephone authorization

## ORDER

IT IS HEREBY ORDERED THAT

1. Plaintiffs will file any opposition to Defendants' Motion to Vacate the Injunction by October 5, 2005;

2. Defendants will file any reply to Plaintiffs opposition by October 17, 2005 and

3. Oral argument will be heard on October 24, 2005 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   September 13, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE