JULIA A. OLSON, ESQ.
    CSB #192642
Wild Earth Advocates
2985 Adams Street
Eugene, OR 97405
Telephone:     (541) 344-7066
Facsimile:     (541) 344-7061
jaoearth@aol.com

SHARON E. DUGGAN, ESQ.
    CSB # 105108
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:     (510) 271-0825
Facsimile:     (510) 271-0829
foxsduggan@aol.com
Attorneys for Plaintiffs

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:     (916) 930-2210
Email:         charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al. | Case No. CV-F-00-6191 AWI DLB |
| Plaintiffs, | JOINT STIPULATION RE: PLAINTIFFS' SUPPLEMENTAL COMPLAINT AND SCHEDULING; ORDER |
| v. | |
| GALE NORTON, in her official capacity as Secretary of the Interior, et al., | |
| Defendants. | |

Plaintiffs Friends of Yosemite Valley, *et al.,* and Defendants Gale Norton, Secretary of the Interior, *et al*., (collectively "the parties") respectfully request that this Court approve this joint stipulation and enter the attached order to allow Plaintiffs to file a Supplemental Complaint.

The parties hereby stipulate that:

1. Plaintiffs may file a supplemental complaint challenging the 2005 Merced Wild and Scenic River Revised Comprehensive Management Plan/Supplemental Environmental Impact Statement and Record of Decision, to be submitted for filing by no later than November 11, 2005;

2. Defendants will file an answer to Plaintiffs' Supplemental Complaint by December 15, 2005;

3. Defendants will lodge the administrative record with the Court and serve a copy on Plaintiffs' counsel by December 5, 2005;

4. Defendants will not commence any Yosemite Valley Plan projects until December 19, 2005, at the earliest, and until the Court rules on the merits of Plaintiffs' Supplemental Complaint, will provide Plaintiffs with 30 days advance notice before commencing any onsite activity for any Yosemite Valley Plan projects, in or adjacent to the Merced River corridor, in order to provide an opportunity for Plaintiffs to seek injunctive relief should they want to.

For these reasons, the parties request that the Court approve the parties' stipulation. Respectfully submitted this 8th day of November, 2005.

/s/ Julia A. Olson
JULIA A. OLSON
        CSB #192642
Wild Earth Advocates
1646 E. 19th Ave., Suite A
Eugene, OR 97403
Telephone:    (541) 344-7066
Facsimile:    (541) 344-7061

Attorney for Plaintiffs

JOINT STIPULATION                              CASE NO. CV-F-00-6191 AWI DLB

PAGE 2

   /s/ Charles R. Shockey   \*
CHARLES R. SHOCKEY, Attorney
D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:	(916) 930-2203
Facsimile:	(916) 930-2210
Email:	charles.shockey@usdoj.gov

Attorney for Defendants

\*	Signed by telephone authorization

## ORDER

IT IS HEREBY ORDERED THAT

1. Plaintiffs may file a supplemental complaint challenging the 2005 Merced Wild and Scenic River Revised Comprehensive Management Plan/Supplemental Environmental Impact Statement and Record of Decision, to be submitted for filing by no later than November 11, 2005;

2. Defendants will file an answer to Plaintiffs' Supplemental Complaint by December 15, 2005;

3. Defendants will lodge the administrative record with the Court and serve a copy on Plaintiffs' counsel by December 5, 2005;

4. Defendants will not commence any Yosemite Valley Plan projects until December 19, 2005, at the earliest, and until the Court rules on the merits of Plaintiffs' Supplemental Complaint, will provide Plaintiffs with 30 days advance notice before commencing any onsite activity for any Yosemite Valley Plan projects, in or adjacent to the Merced River corridor, in order to provide an opportunity for Plaintiffs to seek injunctive relief should they want to.

IT IS SO ORDERED.

**Dated:   November 16, 2005**           **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE