IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al. | ) ) ) | Case No. CV-F-00-6191 AWI DLB |
| Plaintiffs, | ) ) ) | ORDER APPROVING JOINT STIPULATION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE |
| v. | ) ) | |
| GALE NORTON, in her official capacity as Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on the parties' joint stipulation to establish dates for the filing of cross-motions for summary judgment with regard to the claims presented in the plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief.

The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the stipulation and adopt the proposed briefing schedule.  Accordingly,

IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

IT IS FURTHER ORDERED THAT the parties shall file their briefs in support of their cross-motions for summary judgment on the  plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief on or before the following dates:

ORDER APPROVING JOINT STIPULATION FOR
SUMMARY JUDGMENT BRIEFING SCHEDULE
[PROPOSED]                                                                                    CV-F-00-6191-AWI/DLB
                                                      1

1   •      Thursday, January 19, 2006    -      Defendants' motion for summary judgment

2   •      Thursday, February 16, 2006  -      Plaintiffs' cross-motion for summary judgment and

3          opposition to defendants' motion

4   •      Thursday, March 2, 2006         -      Defendants' opposition to plaintiffs' cross-motion

5          and reply in support of defendants' motion

6   •      Monday, March 13, 2006        -      Plaintiffs' reply in support of cross-motion

7          The Court will set the hearing on the cross-motions for summary judgment on Monday,

8   March 20, 2006, at 1:30 p.m.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  PRESENTED BY:

25

26  CHARLES R. SHOCKEY, Attorney

27

28  ORDER APPROVING JOINT STIPULATION FOR
    SUMMARY JUDGMENT BRIEFING SCHEDULE
    [PROPOSED]                                        2                    CV-F-00-6191-AWI/DLB

D.C. Bar # 914879

United States Department of Justice

Environment & Natural Resources Division

Natural Resources Section

501 "I" Street, Suite 9-700

Sacramento, CA 95814-2322

Telephone:      (916) 930-2203

Facsimile:      (916) 930-2210

Email:          charles.shockey@usdoj.gov


IT IS SO ORDERED.

**Dated:   December 23, 2005**                    _____**/s/ Anthony W. Ishii**_____
0m8i78                                           UNITED STATES DISTRICT JUDGE