IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> GALE NORTON, in her official capacity as Secretary of the Interior, et al., <br><br> Defendants. | Case No. CV-F-00-6191 AWI DLB <br><br> PROTECTIVE ORDER CONCERNING SENSITIVE ARCHEOLOGICAL AND BIOLOGICAL INFORMATION AND DATA |

This matter is before the Court on the parties' joint stipulation regarding confidential documents that are included in the Administrative Record for the Revised Merced River Plan. The stipulation indicates that information concerning the nature and location of archeological resources is protected from disclosure to the public by the Archeological Resources Protection Act (ARPA), 16 U.S.C. § 470hh, and other applicable laws. The parties refer to this protected information as "ARPA Information." The defendants have indicated that the Administrative Record for the Revised Merced River Plan includes a number of documents that contain protected ARPA Information.

In addition, the defendants have indicated that several documents in the Administrative

PROTECTIVE ORDER CONCERNING SENSITIVE ARCHEOLOGICAL
AND BIOLOGICAL DATA AND INFORMATION                                         CV-F-00-6191-AWI/DLB
[PROPOSED]                                            1

Record contain information regarding sensitive biological resources, including the location of endangered and threatened species, special status species, and rare plants. The defendants assert that the release of this information could expose these resources to harm. The documents in question are listed in Exhibit A to the parties' stipulation.

The stipulation states that the parties have agreed on a procedure for providing the plaintiffs' counsel with access to this protected ARPA Information and the sensitive biological resource data and information, provided that the plaintiffs agree to use the documents and information for limited purposes and subject to the terms of this Order.

The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the stipulation and issue the protective order. Accordingly,

IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

IT IS FURTHER ORDERED THAT the defendants shall provide the plaintiffs' counsel with access to the protected ARPA Information and the sensitive biological resource information and data listed in Exhibit A to the stipulation within ten days of receipt of this Order

IT IS FURTHER ORDERED THAT the plaintiffs' counsel shall not use the ARPA Information or the sensitive biological resource information and data listed in Exhibit A to the stipulation for any purpose other than the litigation of issues included in the First Supplemental Complaint. Specifically, the plaintiffs' counsel shall not disclose, transcribe, copy, or otherwise reveal protected information to anyone other than co-counsel and archeological experts retained to assist plaintiffs with litigating matters included in the First Supplemental Complaint.

IT IS FURTHER ORDERED THAT the plaintiffs shall not make the protected information part of the public record in this matter without prior agreement from counsel for the defendants regarding a method to ensure that such information does not become part of the public record, unless authorized pursuant to an Order of this Court.

//
//
//

IT IS FURTHER ORDERED THAT any other party or entity that becomes involved in this litigation, including by intervention or by filing an *amicus curiae* brief, and which is provided with a copy of the Administrative Record and the ARPA Information, shall abide by the same terms and conditions regarding the confidentiality of ARPA Information.

IT IS SO ORDERED.

**Dated:   December 23, 2005**                        **/s/ Anthony W. Ishii**
0m8i78                                                        UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER CONCERNING SENSITIVE ARCHEOLOGICAL
AND BIOLOGICAL DATA AND INFORMATION                          CV-F-00-6191-AWI/DLB
[PROPOSED]
                                    3