IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,<br><br>        Plaintiffs,<br><br>    • <br><br>GALE NORTON, in her official capacity as Secretary of the Interior, et al.,<br><br>        Defendants. | Case No. CV-F-00-6191 AWI DLB<br><br>ORDER APPROVING JOINT STIPULATION FOR REVISED SUMMARY JUDGMENT BRIEFING SCHEDULE |

    This matter is before the Court on the parties' joint stipulation to revise the dates for the filing of cross-motions for summary judgment with regard to the claims presented in the plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief.

    The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the stipulation and adopt the proposed briefing schedule. Accordingly,

    IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

    IT IS FURTHER ORDERED THAT the parties shall file their briefs in support of their cross-motions for summary judgment on the plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief on or before the following dates:

ORDER APPROVING JOINT STIPULATION FOR REVISED
SUMMARY JUDGMENT BRIEFING SCHEDULE                    CV-F-00-6191-AWI/DLB
[PROPOSED]                                1

| | | |
|---|---|---|
| • Thursday, March 9, 2006 - | Plaintiffs file cross-motion for summary judgment and opposition to defendants' motion |
| • Thursday, April 6, 2006 - | Defendants file opposition to plaintiffs' cross-motion and reply in support of defendants' motion |
| • Monday, April 24, 2006 - | Plaintiffs reply in support of cross-motion |

The Court will set the hearing on the cross-motions for summary judgment for Monday, May 1, 2006, at 1:30 p.m.

PRESENTED BY:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:   charles.shockey@usdoj.gov

IT IS SO ORDERED.

**Dated:   February 17, 2006**          /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE

ORDER APPROVING JOINT STIPULATION FOR REVISED
SUMMARY JUDGMENT BRIEFING SCHEDULE                    CV-F-00-6191-AWI/DLB
[PROPOSED]
                                    2