JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:   (541) 344-7066
Facsimile:    (541) 344-7061
Email:         jaoearth@aol.com

SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:   (510) 271-0825
Facsimile:    (510) 271-0829
Email:         foxsduggan@aol.com
Attorneys for Plaintiffs

CHARLES R. SHOCKEY, Attorney
         D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:    (916) 930-2210
Email:         charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, in his official ) <br> capacity as Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) | Case No. CV-F-00-6191 AWI DLB <br><br> JOINT STIPULATION FOR HEARING DATE <br> ON REMEDY AND INJUNCTIVE RELIEF |

Following the Court's telephonic status conference with the parties on July 27, 2006, the Plaintiffs, Friends of Yosemite Valley, *et al.*, and the Defendants, Dirk Kempthorne, Secretary of the Interior, *et al.*, conferred and reached agreement with regard to a proposed briefing schedule for filing briefs in connection with the remedy and injunctive relief portion of the claims presented in the plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief.

JOINT STIPULATION FOR HEARING DATE
ON REMEDY AND INJUNCTIVE RELIEF                                CASE NO. CV-F-00-6191-AWI/DLB
                                            1

1  The parties submitted a joint stipulation and proposed order on August 11, setting forth the
2  following schedule to govern the plaintiffs' motion for injunctive relief:
3  • Thursday, September 7, 2006      -   Plaintiffs' opening brief
4  • Thursday, September 21, 2006     -   Defendants' response
5  • Wednesday, September 27, 2006    -   Plaintiffs' reply

The parties have conferred with the Court and agreed to set the hearing on this matter for
6  Tuesday, October 10, 2006, at 1:30 pm.
7  A proposed order is attached for the Court's consideration.
8                                               Respectfully submitted,
9
10 /s/ Sharon E. Duggan                          /s/ Charles R. Shockey
   JULIA A. OLSON (CSB # 192642)                 CHARLES R. SHOCKEY (DC # 914879)
11 SHARON E. DUGGAN (CSB # 105108)               United States Department of Justice
   Attorneys for Plaintiffs                      Attorney for Defendants
12 (541) 344-7066 / (510) 271-0825               (916) 930-2203

13 DATED:     September 5, 2006.

14
15
16
17
18
19
20
21
22
23
24
25
26 JOINT STIPULATION FOR HEARING DATE
   ON REMEDY AND INJUNCTIVE RELIEF                          CASE NO. CV-F-00-6191-AWI/DLB
                                        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants. | Case No. CV-F-00-6191 AWI DLB<br><br>ORDER APPROVING JOINT STIPULATION FOR HEARING DATE ON REMEDY AND INJUNCTIVE RELIEF<br><br>[PROPOSED] |

This matter is before the Court on the parties' joint stipulation to set a date for the hearing in connection with the plaintiffs' request for injunctive relief with regard to the claims presented in the plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief.

The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the stipulation and adopt the proposed briefing schedule. Accordingly,

IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

//
//

ORDER APPROVING JOINT STIPULATION FOR
HEARING DATE ON REMEDY AND INJUNCTIVE RELIEF          CV-F-00-6191-AWI/DLB
[PROPOSED]                                1

1  IT IS FURTHER ORDERED THAT the hearing on the plaintiffs' motion for injunctive
2  relief for Tuesday, October 10, 2006, at 1:30 p.m. PDT.

   SO ORDERED.

4  DATED:  9-6-06                          /s/ Anthony W. Ishii
5                                          ANTHONY W. ISHII
                                           United States District Judge

19 PRESENTED BY:

20 CHARLES R. SHOCKEY, Attorney
        D.C. Bar # 914879
21 United States Department of Justice
   Environment & Natural Resources Division
22 Natural Resources Section
   501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
23 Telephone:   (916) 930-2203
   Facsimile:   (916) 930-2210
24 Email:       charles.shockey@usdoj.gov

25 Attorney for Defendants

26 ORDER APPROVING JOINT STIPULATION FOR
   HEARING DATE ON REMEDY AND INJUNCTIVE RELIEF           CV-F-00-6191-AWI/DLB
   [PROPOSED]                      2