**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRIENDS OF YOSEMITE VALLEY**, a non-profit corporation; and **MARIPOSANS FOR ENVIRONMENTALLY RESPONSIBLE GROWTH**, a non-profit corporation,<br><br>　　　　　**Plaintiffs**,<br><br>　　　v.<br><br>**DIRK KEMPTHORNE**, in his official capacity as Secretary of the Interior; **DEPARTMENT OF THE INTERIOR**; **NATIONAL PARK SERVICE**; **JOHN REYNOLDS**, in his official capacity as Western Regional Director of the National Park Service; **DAVID A. MILHALIC**, in his official capacity as Superintendent of Yosemite National Park; and **ROBERT STANTON**, in his official capacity as Director of the National Park Service,<br><br>　　　　　**Defendants**. | CV F 00-6191 AWI DLB<br><br>**ORDER RE REPLY ON PLAINTIFFS' MOTION FOR RELIEF AND ORDER RESETTING HEARING**<br><br>New Hearing Date:<br>Monday, October 16, 2006<br>1:30 p.m. |

　　　Pursuant to the stipulation of the parties, Plaintiffs shall file their reply no later than 4:00 p.m. on October 4, 2006. Due to congestion on the court's calendar, the hearing in this matter is

1  HEREBY RESET for Monday, October 16, 2006, at 1:30 p.m.

3  IT IS SO ORDERED.

4  **Dated:   September 27, 2006**          **/s/ Anthony W. Ishii**
   0m8i78                                    UNITED STATES DISTRICT JUDGE