IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,)<br>　　　　　　Plaintiffs,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>DIRK KEMPTHORNE, in his official　)<br>capacity as Secretary of the Interior, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　)<br>_____) | Case No. CV-F-00-6191 AWI DLB<br><br>ORDER APPROVING JOINT<br>STIPULATION FOR BRIEFING<br>SCHEDULE ON CMP TIME TABLE |

　　　　This matter is before the Court on the parties' joint stipulation to set the dates for the filing of the parties' respective time tables for the defendants "to prepare a legally valid Comprehensive Management Plan for the Merced Wild and Scenic River," as directed by the Court in ¶ 3 of the Order entered on November 3, 2006.

　　　　The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the joint stipulation and adopt the parties' proposed briefing schedule.  Accordingly,

　　　　IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

　　　　IT IS FURTHER ORDERED THAT the parties shall file their proposed time tables for the defendants to prepare a legally valid Comprehensive Management Plan for the Merced Wild and Scenic River on or before the following dates:

1 • Friday, December 1, 2006    -    Defendants file their proposed time table

2 • Friday, December 15, 2006  -    Plaintiffs file their proposed time table

The Court will set the hearing on the time table for the defendants to prepare a legally valid Comprehensive Management Plan on Tuesday, January 9, 2007, at 9:00 a.m. The parties may appear telephonically.

IT IS SO ORDERED.

**Dated:   November 13, 2006**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

ORDER APPROVING JOINT STIPULATION                         NO. CV-F-00-6191-AWI/DLB
FOR BRIEFING SCHEDULE ON CMP TIME TABLE
[PROPOSED]                        2