IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,<br><br>    **Plaintiffs**,<br><br> v.<br><br>DIRK KEMPTHORNE. in his official capacity as Secretary of the Interior, et al.,<br><br>    **Defendants**. | CV F 00-6191 AWI DLB<br><br>ORDER APPROVING PARTIES' JOINT STIPULATION TO EXTEND TIME FOR FILING OPPOSITION AND REPLY MEMORANDA ON MOTION FOR STAY OF INJUNCTION PENDING APPEAL AND CHANGE HEARING DATE |

  This matter is before the Court on the parties' joint stipulation to extend time for filing opposition and reply memoranda on the Defendants' Motion for Stay of Injunction Pending Appeal, and to change the hearing date on said motion.

  The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the stipulation and adopt the proposed briefing schedule. Accordingly, IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED. IT IS FURTHER ORDERED THAT Plaintiffs may have until 4:00 p.m. on February 20, 2007 to file any opposition to the Defendants' Motion for Stay of Injunction Pending Appeal.  IT IS FURTHER ORDERED THAT Defendants may have until 4:00 p.m. on February 26, 2007 to file any reply in support of Defendants' Motion for Stay of Injunction Pending Appeal. IT IS FURTHER ORDERED THAT

the hearing date is continued to March 5, 2007 at 1:30 p.m., should the Court determine a hearing is necessary.

IT IS SO ORDERED.

**Dated:     February 23, 2007**                    **/s/ Anthony W. Ishii**
9h0d30                                              UNITED STATES DISTRICT JUDGE