1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE
8                 EASTERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| **FRIENDS OF YOSEMITE VALLEY, a** ) | **CV F 00-6191 AWI DLB** |
| **non-profit corporation; and** ) | |
| **MARIPOSANS FOR** ) | |
| **ENVIRONMENTALLY RESPONSIBLE** ) | **ORDER VACATING** |
| **GROWTH, a non-profit corporation,** ) | **HEARING OF MARCH 5, 2007** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DIRK  KEMPTHORNE, in his official** ) | |
| **capacity as Secretary of the Interior;** ) | |
| **DEPARTMENT OF THE INTERIOR;** ) | |
| **NATIONAL PARK SERVICE; JOHN** ) | |
| **REYNOLDS, in his official capacity as** ) | |
| **Western Regional Director of the** ) | |
| **National Park Service; DAVID A.** ) | |
| **MILHALIC, in his official capacity as** ) | |
| **Superintendent of Yosemite National** ) | |
| **Park; and ROBERT STANTON, in his** ) | |
| **official capacity as Director of the** ) | |
| **National Park  Service,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

        Defendants' motion for a stay pending appeal has been set for hearing in this case on

March 5, 2007.  The court has reviewed the papers  and has determined that this matter is

suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY

ORDERED that the previously set hearing date of March 5, 2007, is VACATED, and the parties

shall not appear at that time.  As of March 7, 2007, the court will take the matter under

submission, and will thereafter issue its decision

IT IS SO ORDERED.

**Dated:    March 2, 2007**                                    **/s/ Anthony W. Ishii**
h2ehf                                                          UNITED STATES DISTRICT JUDGE