IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE. in his official capacity as Secretary of the Interior, et al.,<br><br>              Defendants. | CV F 00-6191 AWI DLB<br><br>ORDER APPROVING JOINT STIPULATION FOR SCHEDULE TO COMPLETE A NEW COMPREHENSIVE MANAGEMENT PLAN FOR THE MERCED WILD AND SCENIC RIVER |

      This matter is before the Court on the parties' joint stipulation for the schedule for the defendants to complete a new comprehensive management plan (CMP) for the Merced Wild and Scenic River, along with a new Environmental Impact Statement (EIS).

      The Court, having reviewed the parties' joint stipulation, including the list of proposed planning elements for the new plan set forth in Exhibit A to the stipulation, finds that good cause exists to approve the stipulation and adopt the proposed compliance schedule. Accordingly, IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

      IT IS FURTHER ORDERED THAT the defendants shall complete the new CMP for theMerced Wild and Scenic River, along with a new EIS, on or before September 30, 2009, and shall file a notice with the Court immediately thereafter regarding the approval of the Record of

Decision.

IT IS FURTHER ORDERED THAT the plaintiffs may notify the Court within (60) days after the defendants file that notice to inform the Court whether they intend to challenge the new CMP and EIS and whether they intend to seek any form of injunctive relief. If warranted, the Court will schedule a status conference at that time. The Court reserves jurisdiction as to whether it will maintain the injunctive relief currently in place after the Defendants have submitted notice of adoption of the Record of Decision on the new CMP and EIS.

IT IS FURTHER ORDERED THAT, in order to ensure timely preparation of the new CMP and EIS, the defendants shall file periodic progress reports with the Court on or before the following dates:

- July 31, 2007;
- February 28, 2008;
- September 30, 2008; and
- January 31, 2009.

Following the defendants' submission of each interim progress report, either party may contact the Court to request a status conference to discuss the defendants' compliance with the schedule for the new CMP.

IT IS FURTHER ORDERED THAT nothing in the parties' stipulation or this Order shall affect in any way any party's legal position regarding the following matters:

(a)   any appeal from the Court's July 19, 2006 or November 3, 2006 Orders;

(b)   any litigation in connection with the Complaint in Friends of Yosemite Valley v. Jarvis, No. 1;06-CV-01902-AWI-DLB (E.D.Cal. filed Dec. 28, 2006); or

( c)   any request for relief pertaining to the permanent injunction entered by the Court on November 3, 2006.

FINALLY, IT IS ORDERED THAT, based on the rulings contained in the Court's Memorandum Opinion and Order Re: Cross Motions for Summary Judgment entered on July 19,

2

2006 (Doc. 307) and the Memorandum Opinion and Order Re: Plaintiffs' Request for Injunctive Relief entered on November 3, 2006 (Doc. 364), the Clerk of the Court is hereby directed to enter JUDGMENT on the five causes of action in the plaintiffs' First Supplemental Complaint in accordance with the Court's rulings set forth in Paragraphs (3) through (10) of the July 19 Order and in the November 3, 2006 Order.

IT IS SO ORDERED.

**Dated:     March 27, 2007**                              **/s/ Anthony W. Ishii**
9h0d30                                                      UNITED STATES DISTRICT JUDGE