

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,)<br>)<br>Plaintiffs,              )<br>)<br>v.                                           )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as Secretary of the Interior, et al., )<br>)<br>Defendants.           ) | Case No. CV-F-00-6191-AWI/DLB<br><br>ORDER APPROVING JOINT STIPULATION TO STAY THE CASE AND POSTPONE JOINT SCHEDULING REPORT AND CONFERENCE<br><br> |

    This matter is before the Court on the parties' joint stipulation to stay the litigation for six months, postpone the filing of the Joint Scheduling Report until Monday, October 22, 2007, and postpone the Scheduling Conference until Monday, October 29, 2007. The basis for the request is that issues now pending before the U.S. Court of Appeals for the Ninth Circuit in a related case involving the same parties could affect the present litigation.

    The Court, having reviewed the parties' joint stipulation, finds that good cause exists to approve the joint stipulation, stay the case, and postpone the filing of both the Joint Scheduling Report and the Scheduling Conference for a period of six months. This stay is approved with the understanding that the parties will report to the Court at that time and indicate whether a further

ORDER APPROVING JOINT STIPULATION TO STAY        NO. CV-F-00-6191-AWI/DLB<br>
LITIGATION AND POSTPONE THE JOINT SCHEDULING<br>
REPORT AND CONFERENCE

[PROPOSED]                   1

1  stay of this litigation is warranted or, alternatively, whether the stay should expire and the case
2  be restored to active status on the Court's calendar through the submission of a Joint Scheduling
3  Report to the Court by October 22, 2007. In that event, the Scheduling Conference shall be
4  rescheduled for Monday, October 29, 2007, at 9:00 a.m. Accordingly,

   IT IS HEREBY ORDERED THAT the parties' joint stipulation is APPROVED.

   IT IS FURTHER ORDERED THAT the case is stayed for six months. The deadline for
the parties to file a Joint Scheduling Conference is postponed until October 22, 2007. The
parties shall notify the Court no later than October 22, 2007, as to whether a further stay is
warranted or whether the case should move forward at that time. Pending the filing of that
report, the Scheduling Conference currently set for Monday, April 30, 2007, is hereby postponed
until October 29, 2007, at 9:00 a.m.

   SO ORDERED.

DATED:  8-29-07

~~DENNIS W. BECK~~ ANTHONY W. ISHII
United States ~~Magistrate~~ District Judge

PRESENTED BY:

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   (916) 930-2203
Facsimile:   (916) 930-2210
Email:       charles.shockey@usdoj.gov

ORDER APPROVING JOINT STIPULATION TO STAY              NO. CV-F-00-6191-AWI/DLB
LITIGATION AND POSTPONE THE JOINT SCHEDULING
REPORT AND CONFERENCE

[PROPOSED]                                2