JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:    (541) 344-7066
Facsimile:    (541) 344-7061
Email:        jaoearth@aol.com

SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:    (510) 647-1904
Facsimile:    (510) 647-1905
Email:        foxsduggan@aol.com
Attorneys for Plaintiffs

CHARLES R. SHOCKEY, Attorney
    D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:    (916) 930-2203
Facsimile:    (916) 930-2210
Email:        charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al., )<br>)<br>           Plaintiffs, )<br>)<br>  v. )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as Secretary of the Interior, et al., )<br>           Defendants. )<br>_____ ) | Case No. CV-F-00-6191 AWI DLB<br><br>JOINT STIPULATION AND MOTION TO CONTINUE BRIEFING AND HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |

Plaintiffs, Friends of Yosemite Valley, *et al.,* and Defendants, Dirk Kempthorne, Secretary of the Interior, *et al*., through their undersigned attorneys, jointly stipulate and move to continue the briefing schedule and the hearing date with regard to the plaintiffs' pending motion for attorneys' fees and costs of litigation.  The basis for the joint stipulation and motion is as follows.

JOINT STIPULATION AND MOTION TO CONTINUE      CASE NO. CV-F-00-6191-AWI/DLB
BRIEFING AND HEARING ON PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS      PAGE 1

1. As the Court is aware, since July 22, 2008, the parties have been engaged in a court-authorized, confidential mediation and settlement process under the guidance of Magistrate Judge Sandra M. Snyder in an effort to reach an agreement that resolves this litigation. The parties met with Judge Snyder for three days in September and are scheduled to continue the mediation with her in San Francisco on November 13, 2008.

2. On July 25, 2008, the plaintiffs filed a motion for attorneys' fees, costs, and other expenses under the Equal Access to Justice Act (EAJA) in this Court (Doc. 431). The plaintiffs noted their motion for hearing on November 10, 2008.

3. The plaintiffs simultaneously filed a similar motion in the U.S. Court of Appeals for the Ninth Circuit for fees, costs, and expenses incurred in connection with the appeals in this action. On August 19, 2008, the Ninth Circuit stayed consideration of that motion for 90 days in light of the ongoing mediation in district court.

4. The plaintiffs' claim for EAJA fees, costs, and expenses is one of the matters under discussion in the mediation. To enable the parties to continue the settlement discussions through the mediation process with Judge Snyder and provide sufficient time for the resolution of the pending motion and other matters without looming litigation deadlines, especially over the holiday season in late November and December, the parties request that the Court continue the hearing date on the plaintiffs' motion.

5. If the parties are able to settle this matter, including the claim for attorneys' fees, costs, and expenses, then there would be no need for further briefing or hearing on the motion, which would save considerable time and effort and conserve judicial resources. Absent a continuance, however, the hearing remains set for November 10, 2008, with the defendants' response due on October 27, 2008, and the plaintiffs' reply due on November 3, 2008.

6. If the parties are unable to resolve the matter and further litigation is required with regard to the plaintiffs' motion, the briefing could be completed in January 2009, with a hearing scheduled for January 26, 2009, or at such time thereafter as the Court's schedule permits.

For these reasons, the parties request that the Court continue the hearing on the plaintiffs' motion until January 26, 2009, at 1:30 p.m., with any further briefing deadlines established pursuant to the Local Rules.  A proposed order is set forth below for the Court's consideration.

Respectfully submitted this 21st day of October, 2008.

/s/ Julia A. Olson

JULIA A. OLSON (CSB # 192642)
(541) 344-7066

/s/ Sharon E. Duggan

SHARON E. DUGGAN (CSB # 105108)
(510) 271-0825

Attorneys for Plaintiffs

/s/ Charles R. Shockey

CHARLES R. SHOCKEY (DC # 914879)
United States Department of Justice
Attorney for Defendants
(916) 930-2203

## ORDER

The Court, having considered the parties' joint stipulation and motion to continue the hearing date on Plaintiffs' Motion for Attorneys' Fees, Costs, and Other Expenses under the Equal Access to Justice Act (Doc. 431), finds that good cause exists to approve the stipulation and grant the motion.  Accordingly, IT IS HEREBY ORDERED THAT the hearing on the plaintiffs' motion is continued until Monday, January 26, 2009, at 1:30 p.m., with any further briefing on the Plaintiffs' motion to be conducted in accordance with the Local Rules.

IT IS SO ORDERED.

Dated:   October 21, 2008            /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE