IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRIENDS OF YOSEMITE VALLEY, et al.,** | 1:00-CV-6191 AWI DLB |
| Plaintiffs, | **ORDER REGARDING MOTION FOR ATTORNEY FEES** |
| v. | **(Document #431)** |
| **DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al.,** | |
| Defendant. | |

On July 25, 2008, Plaintiffs filed a motion for attorney fees, costs, and expenses. This motion has been continued numerous times because the parties have been engaging in settlement conferences. On March 30, 2009, the parties had their final settlement conference with Magistrate Judge Sandra M. Snyder. During this settlement conference, the parties settled this action and signed settlement papers.

An administrative review of the docket in this action reveals that Plaintiffs' July 25, 2008 motion has been administratively termed as an outstanding motion. Pursuant to the Civil Justice Reform Act, this court is not to delay ruling on a pending motion for more than six months. Because the motion for motion for attorney fees, costs, and expenses has been pending for over six months and the parties have reached a settlement, the court finds that in

the interests of efficient case management, Plaintiffs' motion should be denied without prejudice.

The court ORDERS that Plaintiffs' motion for attorney fees, costs, and expenses is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   March 31, 2009**                         /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE