JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:     (541) 344-7066
Facsimile:      (541) 344-7061
Email:            jaoearth@aol.com

SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94610
Telephone:     (510) 271-0825
Facsimile:      (510) 271-0829
Email:            foxsduggan@aol.com
Attorneys for Plaintiffs

CHARLES R. SHOCKEY, Attorney
         D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:      (916) 930-2210
Email:            charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,) <br> ) <br> Plaintiffs,      ) <br> ) <br> v.                             ) <br> ) <br> KEN L. SALAZAR, in his official    ) <br> capacity as Secretary of the Interior, et al., ) <br> Defendants. ) <br> _____) | Case No. CV-F-00-6191 AWI DLB <br> Case No. CV-F-06-1902 AWI DLB <br><br> JOINT STIPULATION AND REQUEST FOR APPROVAL OF SETTLEMENT AGREEMENT AND ORDER APPROVING SETTLEMENT AGREEMENT |

     Plaintiffs, Friends of Yosemite Valley, *et al.,* and Defendants, Ken L. Salazar, Secretary of the Interior, *et al.*, through their undersigned attorneys, hereby jointly stipulate and move the Court for entry of an order approving the attached Settlement Agreement in the two above-captioned cases.  The parties have reached this Settlement Agreement through the court-authorized mediation process under the guidance of Magistrate Judge Sandra M. Snyder.  The

Settlement Agreement has been approved and authorized by all responsible officials and representatives of both parties and will resolve all pending disputes in both cases.

The parties request that the Court approval the Settlement Agreement by signing the "Order Approving Settlement Agreement" attached below to this Joint Stipulation.

Respectfully submitted this 29th day of September, 2009.

/s/ Julia A. Olson

JULIA A. OLSON (CSB # 192642)
(541) 344-7066

/s/ Sharon E. Duggan

SHARON E. DUGGAN (CSB # 105108)
(510) 271-0825

Attorneys for Plaintiffs

/s/ Charles R. Shockey

CHARLES R. SHOCKEY (DC # 914879)
United States Department of Justice
(916) 930-2203

Attorney for Defendants

**ORDER APPROVING SETTLEMENT AGREEMENT**

The Court, having reviewed the Joint Stipulation and Request for Approval of Settlement Agreement filed by all parties, the plaintiffs, Friends of Yosemite Valley and Mariposans for the Environment and Responsible Government, and the defendants, Secretary of the Interior Ken L. Salazar, *et al.*, and having review the entire Settlement Agreement, finds that good cause exists to approve the Settlement Agreement. Accordingly,

IT IS HEREBY ORDERED THAT the Settlement Agreement filed by the parties be and hereby is APPROVED.

IT IS SO ORDERED.

**Dated:    September 30, 2009**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE