1   JULIA A. OLSON (CSB # 192642)
    Wild Earth Advocates
2   2985 Adams St.
    Eugene, OR 97405
3   Telephone:      (541) 344-7066
    Facsimile:      (541) 344-7061
    Email:          jaoearth@aol.com
4
    SHARON E. DUGGAN (CSB # 105108)
5   Law Offices of Sharon E. Duggan
    370 Grand Avenue, Suite 5
6   Oakland, CA 94602
    Telephone:      (510) 271-0825
    Facsimile:      (510) 271-0829
7   Email:          foxsduggan@aol.com
    Attorneys for Plaintiffs
8
    CHARLES R. SHOCKEY, Attorney
9        D.C. Bar # 914879
    Natural Resources Section
    Environment and Natural Resources Division
10  United States Department of Justice
    501 "I" Street, Suite 9-700
11  Sacramento, CA 95814-2322
    Telephone:      (916) 930-2203
12  Facsimile:      (916) 930-2210
    Email:          charles.shockey@usdoj.gov
    Attorneys for Defendants

13                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
14                          FRESNO DIVISION

15  FRIENDS OF YOSEMITE VALLEY,        )    Case No. CV-F-00-6191 AWI DLB
    et al.                             )
16          Plaintiffs,                )    STIPULATION REGARDING
                                       )    PREPARATION OF DOCUMENTS
17      v.                             )    UNDER SETTLEMENT AGREEMENT
                                       )    AND ORDER
18  KENNETH L. SALAZAR, in his official)
    capacity as Secretary of the Interior, et al., )  [PROPOSED]
        Defendants.                    )
    _____)

19          On December 22, 2009, defendants, Secretary of the Interior Kenneth L. Salazar, *et al.,*

20  filed a notice (Doc. # 481) to advise the Court and the plaintiffs regarding the preparation of

21  three documents under the Settlement Agreement (Doc. # 477), which the Court approved on

22  September 30, 2009, and entered on October 1, 2009 (Doc. # 479).  Paragraph C.1.a. of the

23  Settlement Agreement calls for the defendants to prepare a revised Record of Decision for the

24  Yosemite Valley Plan and revised Findings of No Significant Impact for the Yosemite Lodge and

25

Curry Village Campgrounds Projects within 90 days of Court approval of the Settlement

Agreement.  Because Court approval of the Settlement Agreement was entered on October 1,

2009, the 90-day period expired on Wednesday, December 30, 2009.

As defendants informed the Court, they are drafting the three documents, which the park

staff is reviewing and revising to ensure conformity with all legal requirements, but an additional

time of 30 days is required to complete the three documents.  Plaintiffs' counsel subsequently

notified defendants that they do not object to the requested extension.

Accordingly, the parties hereby stipulate to the extension of 30 days, until January 29,

2010, for the defendants to complete the three documents in question.

Respectfully submitted this 5th day of January, 2010.

| | |
|---|---|
| /s/ Julia A. Olson and Sharon E. Duggan | /s/ Charles R. Shockey |
| JULIA A. OLSON (CSB # 192642) | CHARLES R. SHOCKEY (DC # 914879) |
| SHARON E. DUGGAN (CSB # 105108) | United States Department of Justice |
| Attorneys for Plaintiffs | Attorney for Defendants |
| (541) 344-7066/(510) 271-0825 | (916) 930-2203 |

ORDER

IT IS SO ORDERED.

**Dated:   January 7, 2010**             /s/ Anthony W. Ishii
                    CHIEF UNITED STATES DISTRICT JUDGE