JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:     (541) 344-7066
Facsimile:     (541) 344-7061
Email:         jaoearth@aol.com

SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:     (510) 647-1904
Facsimile:     (510) 647-1905
Email:         foxsduggan@aol.com
Attorneys for Plaintiff Mariposans for the Environment
        and Responsible Government

LARA R. SHAPIRO (CSB # 227194)
LAW OFFICE OF LARA SHAPIRO
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:     (310) 577-0870
Facsimile:     (415) 228-5351
E-mail:        Shapiro.lara@gmail.com
Attorney for Plaintiff Friends of Yosemite Valley

CHARLES R. SHOCKEY, Attorney
        D.C. Bar # 914879
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:     (916) 930-2203
Facsimile:     (916) 930-2210
Email:         charles.shockey@usdoj.gov
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al.,)<br><br>                    Plaintiffs,           )<br>                                          )<br>        v.                                )<br>                                          )<br>KEN SALAZAR, in his official              )<br>capacity as Secretary of the Interior, et al., )<br>                    Defendants.          )<br>_____) | Case No. CV-F-00-6191 AWI DLB<br><br>JOINT STIPULATION TO MODIFY<br>SETTLEMENT AGREEMENT |

1    Plaintiffs, Friends of Yosemite Valley (FOYV) and Mariposans for the Environment and

2    Responsible Government (MERG), and Defendants, Ken Salazar, Secretary of the Interior, *et al*.,

3    through their undersigned attorneys, jointly stipulate and move to modify the Settlement

4    Agreement that the court approved on October 1, 2009.  The parties request that the court

5    approve this stipulation and sign the proposed order included with this stipulation.  As grounds

     for the stipulation, the parties state as follows:

6    1.   On September 29, 2009, the parties filed a Settlement Agreement (Doc. 477) with the

7         court to resolve this litigation over the Merced Wild and Scenic River Plan (MRP) for

8         Yosemite National Park.  On October 1, 2009, the court entered an Order Approving the

9         Settlement Agreement.  Doc. 479.

10   2.   In ¶ II.B.1. of the Settlement Agreement, the parties agreed that the National Park Service

11        (NPS) would prepare a new Comprehensive Management Plan (CMP) for the Merced

12        Wild and Scenic River and issue a new Record of Decision (ROD) by December 2012.

13        Doc. 477 at 4, ¶ II.B.1.  The Settlement Agreement also listed several non-binding interim

          target dates to guide the NPS in developing a new environmental impact statement (EIS).

14   3.   On March 7, 2011, representatives of the plaintiffs met with the Superintendent of

15        Yosemite National Park to discuss the process for developing and completing the new

16        MRP.  The parties agreed that the deadline for completing the ROD should be extended

17        from December 2012 to July 2013.  The reasons for the extension are that (1) the NPS

18        had several internal personnel changes among key planning team members, (2) the NPS

19        changed contractors for the new plan and EIS, (3) the NPS adjusted the scoping process

          for the EIS, partly in response to plaintiffs' requests, and (4) the NPS needs extra time to

20        prepare the draft EIS alternatives workbook that it intends to circulate for public review.

21   4.   The parties, therefore, propose to modify ¶ II.B.1. of the Settlement Agreement to

22        substitute the following dates for completion of the new MRP, along with changes in the

          non-binding interim guidelines:

23        a.   Release Public Scoping Report - January 2011;

24        b.   Publish and release Draft CMP and EIS - August 2012;

25

c.      Publish and release Final CMP and EIS - May 2013; and

d.      Issue Record of Decision - July 2013.

5.      The parties also propose to modify ¶ II.H.12 of the Settlement Agreement to reflect a change in the NPS primary contact person.  The NPS contact designated in the Settlement Agreement, Mark Butler, has left Yosemite National Park to serve as Superintendent of Joshua Tree National Park.  The new Superintendent of Yosemite National Park, Don Neubacher, is hereby designated as the NPS primary contact person for purposes of the Settlement Agreement, with Kathleen S. Morse, Planning Division Chief, Yosemite National Park, designated as the NPS alternate contact person.

6.      Finally, the parties propose to modify ¶ II.H.13 of the Settlement Agreement to add Greg Adair as the contact for the plaintiff FOYV.  Julia Olson and Sharon Duggan remain the contacts for plaintiff MERG.

The parties request that the court approve this stipulation and sign that proposed order to reflect the changes to the Settlement Agreement set forth in ¶¶ 4-6 above.

Respectfully submitted this 6th day of April, 2011.

/s/ *Julia A. Olson*

JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:     (541) 344-7066
Facsimile:     (541) 344-7061
Email:          jaoearth@aol.com

/s/ *Sharon E. Duggan*

SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone:     (510) 647-1904
Facsimile:     (510) 647-1905
Email:          foxsduggan@aol.com
Attorneys for Plaintiff Mariposans for the Environment
        and Responsible Government

1  /s/ *Lara R. Shapiro*

2  LARA R. SHAPIRO (CSB # 227194)
   LAW OFFICE OF LARA SHAPIRO
3  4145 Via Marina # 324
   Marina del Rey, CA 90292
   Telephone:    (310) 577-0870
4  Facsimile:    (415) 228-5351
   E-mail:       Shapiro.lara@gmail.com
5  Attorney for Plaintiff Friends of Yosemite Valley

6  /s/ *Charles R. Shockey*

7  CHARLES R. SHOCKEY, Attorney
         D.C. Bar # 914879
8  United States Department of Justice
   Environment and Natural Resources Division
   Natural Resources Section
9  501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
10 Telephone:    (916) 930-2203
   Facsimile:    (916) 930-2210
11 Email:        charles.shockey@usdoj.gov
   Attorney for Defendants

12

13

14                          ORDER

15         The Court, having reviewed the parties' Joint Stipulation, finds that good cause exists to

16 approve the stipulation and modify the Settlement Agreement as set forth herein.

17

18 IT IS SO ORDERED.

19 Dated:    June 10, 2011
                                    _____
20                                  CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25