1  JULIA A. OLSON (CSB # 192642)
   Wild Earth Advocates
2  2985 Adams St.
   Eugene, OR 97405
3  Telephone:              (541) 344-7066
   Facsimile:              (541) 344-7061
4  Email:                  jaoearth@aol.com
   SHARON E. DUGGAN (CSB # 105108)
   Law Offices of Sharon E. Duggan
5  370 Grand Avenue, Suite 5
   Oakland, CA 94602
6  Telephone:              (510) 271-0825
   Facsimile:              (510) 271-0829
   Email:                  foxsduggan@aol.com
7  Attorneys for Plaintiff Mariposans for the Environment and Responsible Government

8  RENÉ P. VOSS (CSB # 255758)
   15 Alderney Rd.
   San Anselmo, CA 95960
9  Telephone:    (415) 446-9027
   Facsimile:    (267) 316-3414
   Email:        renepvoss@gmail.com
10 LARA R. SHAPIRO (CSB # 227194)
   LAW OFFICE OF LARA SHAPIRO
11 4335 Via Marina # 742
   Marina del Rey, CA 90292
12 Telephone:    (310) 577-0870
   Facsimile:    (415) 228-5351
   E-mail: Shapiro.lara@gmail.com
13 Attorneys for Plaintiff Friends of Yosemite Valley

14 ROBERT G. DREHER
   Acting Assistant Attorney General
   U.S. Department of Justice
15 Environment and Natural Resources Division
   DAVID NEGRI (Idaho Bar # 6697)
16 United State Department of Justice
   Environment and Natural Resources Division
   c/o U.S Attorney's Office – District of Idaho
17 800 Park Blvd., Suite # 600
   Boise, ID 83712
18 Telephone:              (208) 334-1936
   Facsimile:              (208) 334-1414
   Email:                  david.negri@usdoj.gov
19 Attorneys for Defendants S.M.R. Jewell, Secretary of the Interior, et al.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, et al., <br> Plaintiffs, <br> vs. <br> S.M.R JEWELL, in her official capacity as Secretary of the Interior, et al., <br> Defendants. | Case No.: CV-F-00-6191 AWI DLB <br><br> JOINT STIPULATION TO FURTHER MODIFY SETTLEMENT AGREEMENT AND ORDER |

JOINT STIPULATION TO FURTHER MODIFY SETTLEMENT AGREEMENT AND ORDER - 1

Plaintiffs, Friends of Yosemite Valley (FOYV) and Mariposans for the Environment and Responsible Government (MERG), and Defendants, S.M.R. Jewell, Secretary of the Interior, et al., through their undersigned attorneys, jointly stipulate and move to further modify the Settlement Agreement that the court approved on October 1, 2009.  The parties request that the court approve this stipulation and sign the proposed order included with this stipulation.  As grounds for the stipulation, the parties state as follows:

1. On September 29, 2009, the parties filed a Settlement Agreement, ECF Doc. 477, with the court to resolve this litigation over the Merced Wild and Scenic River Plan (MRP) for Yosemite National Park.  On October 1, 2009, the court entered an Order Approving the Settlement Agreement.  ECF Doc. 479.

2. In ¶ II.B.1. of the Settlement Agreement, the parties agreed that the National Park Service ("NPS") would prepare a new Comprehensive Management Plan ("CMP") for the Merced Wild and Scenic River and issue a new Record of Decision ("ROD") by December, 2012.  ECF Doc. 477 at 4, ¶ II.B.1.

3. On April 6, 2011, the parties filed a stipulation and proposed order to modify ¶ II.B.1. of the Settlement Agreement to substitute July, 2013, as the date for completion of the new MRP.  The court approved that stipulation and issued an order on June 10, 2011, setting July, 2013, as the date for completion of the new MRP.  ECF Doc. 498.   Since that date, the NPS has been developing the new MRP.

4. On July 24, 2013, the parties filed a stipulation and proposed order to further modify ¶ II.B.1. of the Settlement Agreement to substitute December, 2013, as the date for completion of the new MRP.  The court approved that stipulation and issued an order on

JOINT STIPULATION TO FURTHER MODIFY SETTLEMENT AGREEMENT AND ORDER - 2

July 24, 2013, setting December, 2013, as the date for completion of the new MRP.  ECF Doc. 503.  Since that date, the NPS has continued work on development of the new MRP.

5.   As explained in the previous Stipulation, NPS has been attempting to respond to extensive public comments submitted in response to the draft MRP, including FOYV's notification pursuant to paragraph G.3.a. of the Settlement Agreement of a dispute.  See ECF Doc. 503 ¶¶ 4-9.  This process has included in-person meetings among the parties on August 20, 2013, and September 11, 2013, and exchange of several position papers to discuss FOYV's concerns with the draft MRP.

6.   This dispute resolution process has just recently concluded.  As noted in the previous Stipulation, the parties anticipated that if the dispute resolution process extended beyond August 30, 2013, the NPS would need to further extend the deadline for the Record of Decision, due to the length of time required to prepare and review the interim work products and obtain final printed copies of the FEIS and ROD.  The government shutdown in October, 2013, also delayed the production schedule for the MRP.

The parties therefore request that the Court approve this stipulation and sign the attached proposed order to reflect the changes to the Settlement Agreement by extending the deadline for completion of the ROD for the new MRP to March 31, 2014.

Respectfully submitted this 23rd day of December, 2013.

/s/ Julia A. Olson (as authorized on December 23, 2013)
JULIA A. OLSON (CSB # 192642)
Wild Earth Advocates
2985 Adams St.
Eugene, OR 97405
Telephone:            (541) 344-7066
Facsimile:            (541) 344-7061
Email:                jaoearth@aol.com

JOINT STIPULATION TO FURTHER MODIFY SETTLEMENT AGREEMENT AND ORDER - 3

/s/ Sharon E. Duggan (as authorized on December 13, 2013)
SHARON E. DUGGAN (CSB # 105108)
Law Offices of Sharon E. Duggan
370 Grand Avenue, Suite 5
Oakland, CA 94602
Telephone: (510) 271-8025
Facsimile: (510) 271-8029
Email: foxsduggan@aol.com

Attorneys for Plaintiff Mariposans for the Environment and Responsible Government

/s/ René P. Voss (as authorized on December 17, 2013)
RENÉ P. VOSS (CSB # 255758)
15 Alderney Rd.
San Anselmo, CA 95960
Telephone: (415) 446-9027
Facsimile: (267) 316-3414
Email: renepvoss@gmail.com

/s/ Lara R. Shapiro (as authorized on December 17, 2013)
LARA R. SHAPIRO (CSB # 227194)
LAW OFFICE OF LARA SHAPIRO
4335 Via Marina # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (415) 228-5351
E-mail: Shapiro.lara@gmail.com

Attorneys for Plaintiff Friends of Yosemite Valley

ROBERT G. DREHER
Acting Assistant Attorney General
/s/ David L. Negri
DAVID L. NEGRI (Idaho Bar #6697)
United State Department of Justice
Environment and Natural Resources Division
c/o U.S Attorney's Office – District of Idaho
800 Park Blvd., Suite # 600
Boise, ID 83712
Telephone: (208) 334-1936
Facsimile: (208) 334-1414
Email: david.negri@usdoj.gov

Attorneys for Defendants S.M.R. Jewell, et al.

## ORDER

The Court, having reviewed the parties' Joint Stipulation, finds that good cause exists to approve the stipulation and further modify the Settlement Agreement as set forth herein. The deadline for the defendants to issue the Record of Decision for the new Merced Wild and Scenic River Plan is March 31, 2014.

IT IS SO ORDERED.

Dated:   December 24, 2013                     _____
                                                                    SENIOR DISTRICT JUDGE