

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF YOSEMITE VALLEY, a non-profit corporation; MARIPOSANS FOR RESPONSIBLE GROWTH, a non-profit corporation,<br><br>                  Plaintiffs,<br><br>           vs.<br><br>GALE NORTON, in her capacity as Secretary of the Interior; DEPARTMENT OF THE INTERIOR; NATIONAL PARK SERVICE; JOHN REYNOLDS, in his capacity as Western Regional Director of the National Park Service; DAVID A. MILHALIC, in his capacity as Superintendent of Yosemite National Park; and ROBERT STANTON, in his capacity as Director of the National Park Service,<br><br>                  Defendants. | 1:00-cv-6191 AWI<br><br>ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |

On May 24, 2002, the court set the bond for a May 20, 2002, appeal by plaintiffs Friends of Yosemite, et al. at $250.00. See Doc. # 114. On June 3, 2002, Plaintiffs paid the appeal bond in the amount set by the court. Doc. # 116. Also, on April 13, 2004, the court set another bond for a April 7, 2004, appeal by Plaintiffs at $250. See Doc. # 192. The court received Plaintiff's bond for the April 7, 2004, appeal in the amount ordered on April 22, 2004. Doc. # 292. The substantive issues raised by both appeals appear to have been resolved and any remaining

substantive issues in this case appear to have been settled by the filing of a joint stipulation agreement on October 1, 2009.  Doc. # 479.

The purpose of the bonds was to ensure payment of costs on appeal.  See Fed. R. App. Proc. 7.  More than ten years have passed since the issues raised in the appeals have been settled.  This case was administratively closed on October 1, 2009, and although there have been occasional stipulated modifications of the joint stipulation agreement since that time, there has been no significant activity in this case since 2009.  The court therefore finds that the disbursement of the $500 total of bond amounts plus any accrued interest to Plaintiffs is now appropriate.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall disburse the total amount of Plaintiff's two bond deposits, plus all accrued interest, to Plaintiff's lead attorney, Julia A. Olson, who shall further disburse the funds as appropriate.
2. The Clerk of the Court shall send the funds to the attention of
   Julia A. Olson
   Wild Earth Advocates
   2589 Adams St.
   Eugene, OR 97405

IT IS SO ORDERED:

_____   9-11-15

Anthony W, Ishii, Senior District Judge          Date